UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff(s),

    v.

MICHAEL D. PARAYNO,

    Defendant(s).
_____/

No. C 12-1704 PJH

**JUDGMENT**

The court having granted plaintiff's motion for default judgment,

It is Ordered and Adjudged

that plaintiff J&J Sports Productions, Inc., recover from defendant Michael D. Parayno, individually and d/b/a Birdland Jazz Club a/k/a Berkeley Rustic Birdhouses, the sum of $4,000 in statutory damages; and $1,200 in damages for its conversion claim, as set forth in the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

1